## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**LUAN O'CONNOR**

     Plaintiff

v.

**ZELTIQ AESTHETICS, INC.**

     Defendant

CASE NO. 1:15-CV-02058 DPP

JUDGE DAN AARON POLSTER

**JOINT STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Luan O'Connor, Defendant, Zeltiq Aesthetics, Inc., and their respective counsel that all claims in the above captioned action are voluntarily dismissed with prejudice pursuant to Fed. Civ. R. 41(a)(1)(A)(ii) with each party to bear its own fees and costs. All parties mutually agree that all claims, known and unknown, that arise out of the subject matter of this action are hereby waived.

Dated:  10/23/2015                                      Respectfully submitted,

| For Plaintiff | For Defendant |
| --- | --- |
| */s/ John Brooks Cameron*_____<br><br>John Brooks Cameron (0055800)<br>Christopher Jankowski (0084129)<br>John Brooks Cameron & Associates<br>247 E. Smith Rd.<br>Medina, Ohio 44256<br>Phone: (330) 722-8989<br>Fax: (330) 722-5877<br>attorney@johnbrookscameron.com | */s/Martin J. Mackowski*_____<br><br>Jennifer S. Roach (0074143)<br>Holly H. Little (0084054)<br>Martin J. Mackowski (0087338)<br>Thompson Hine, LLP<br>3900 Key Center, 127 Public Square<br>Cleveland, Ohio 44114<br>Phone: (216) 566-5500<br>Fax: (216) 566-5800 |

*/s/ Dan Aaron Polster 10/26/15*_____
U.S. District Judge